IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MANUEL MARTINEZ BENITEZ,** | § § § | |
| Petitioner, | § § | |
| v. | § § | **CAUSE NO. EP-25-CV-653-KC** |
| **TODD M. LYONS et al.,** | § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered Manuel Martinez Benitez's Petition for a Writ of Habeas Corpus, ECF No. 1. Martinez Benitez is detained at the ERO El Paso Camp East Montana detention facility in El Paso, Texas. *Id.* ¶ 8. He argues that his detention is unlawful and asks the Court to order his immediate release. *Id.* ¶¶ 53–62; *id.* at 18.

Martinez Benitez is a citizen of El Salvador who last entered the United States on August 15, 2019. *Id.* ¶¶ 8, 30. On August 18, 2023, Martinez Benitez was detained by Immigration and Customs Enforcement ("ICE"), and his prior final removal order was reinstated. *Id.* ¶¶ 30–31. He then applied for Deferral of Removal under the Convention Against Torture ("DCAT") based on his fear of returning to El Salvador. *Id.* ¶ 31. Martinez Benitez was granted DCAT and, after two appeals, the Board of Immigration Appeals ("BIA") affirmed his grant of DCAT on May 5, 2025. *Id.* ¶¶ 31–32; *see id.* Ex. B ("BIA Order"), ECF No. 1-2. He has now been in immigration custody for almost nine months since his removal order became administratively final. Pet. ¶ 32. He cannot be removed to El Salvador, and he has not consented to be removed to Mexico. *See* Decl. Angelo C. Garite ("Garite Decl.") ¶¶ 9–10, 12, ECF No. 4-1.

The Court previously held that it was "inclined to find that Martinez Benitez has carried his initial *Zadvydas* burden and it is Respondents burden to show that there is a 'significant likelihood of removal in the reasonably foreseeable future.'"  Dec. 23, 2026, Order 3, ECF No. 5 (citing *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001)).  And directed Respondents to provide a status report detailing the status of their third country removal efforts, including whether travel document requests had been made to other countries and whether, when, and to which countries any additional requests will be sent.  *Id.*  Respondents were cautioned that failure to provide concrete and responsive information could result in an order directing Martinez Benitez's release from custody.  *Id.*

Respondents now inform the Court that they "have pursued alternative third country removal options" but "[n]o travel documents have been requested at this time because Respondents have not definitively identified an alternate third country [for] removal, other than Mexico."  Status Report ¶ 3, ECF No. 6.

In sum, it has been over a month since this Court ordered Respondents to provide a status report of the concrete steps taken to remove Martinez Benitez to a third country other than Mexico, and Respondents have not taken any such steps.  *See generally id.*  It remains unclear whether Respondents have an agreement with the Mexican government that would allow them to remove Martinez Benitez to that country without his consent.  Nevertheless, because Respondents are "actively review[ing] Petitioner's case to identify additional countries willing to accept [him]," the Court affords Respondents a final opportunity to do so.  *See id.* ¶ 3.  If Respondents are unable to remove Martinez Benitez in two weeks, then they have failed to carry their burden of proving that his removal is significantly likely in the reasonably foreseeable

Case 3:25-cv-00653-KC   Document 7   Filed 02/03/26   Page 3 of 3

3

future.  *See Zadvydas*, 533 U.S. at 689–90; *see, e.g.*, *Trejo v. Warden of ERO El Paso East Montana*, --- F. Supp. 3d ----, 2025 WL 2992187, at *5–6 (W.D. Tex. Oct. 24, 2025).

Accordingly, the Petition is **GRANTED IN PART** on due process grounds.  *See id.*  The Court **ORDERS** that, <u>on or before February 17, 2026</u>, Respondents shall either (1) **REMOVE** Martinez Benitez from the United States through lawful means; or (2) **RELEASE** Martinez Benitez from custody under reasonable conditions of supervision.

**IT IS FURTHER ORDERED** that, <u>on or before February 17, 2026</u>, Respondents shall **FILE** notice informing the Court whether Martinez Benitez has been removed from the country.  If Martinez Benitez has not been removed from the country, Respondents shall inform the Court whether Martinez Benitez has been released from custody in compliance with this Order.

<u>**Barring exceptional circumstances, there will be no extensions of the February 17, 2026, deadlines.**</u>

**SO ORDERED**.

**SIGNED** this 3rd day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE