IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MANUEL MARTINEZ BENITEZ, § § | |
| Petitioner, § § | |
| v. § § | CAUSE NO. EP-25-CV-653-KC |
| TODD M. LYONS et al., § § | |
| Respondents. § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 3, 2026, the Court granted in part Manuel Martinez Benitez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) remove him from the United States through lawful means; or (2) release him from custody, under reasonable conditions of supervision. Feb. 7, 2026, Order 3, ECF No. 7. On February 11, the Court denied Martinez Benitez's Motion to Enforce Judgment, ECF No. 8, because it was based on his speculations that he would be unlawfully removed. *See* Feb. 11, 2026, Order 2, ECF No. 9. On February 13, Martinez Benitez filed a Motion for Reconsideration, ECF No. 10, which, again, only offered speculation that he would be removed without a reasonable fear screening.

Respondents have now informed the Court that "Petitioner was removed from the United States on February 13, 2026, and is no longer in ICE custody." Status Report, ECF No. 11.

Therefore, it appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 3, 2026, Order. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Reconsideration, ECF No. 10, is **DENIED** as moot.

**The Clerk shall close the case**. To the extent Martinez Benitez wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 18th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE